| | |
|---|---|
| **From:** | Kimberly Rios <Kimberly.Rios@catalystmf.com> |
| **Sent:** | Friday, December 9, 2016 4:56 PM |
| **To:** | Ed Walczak |
| **Subject:** | FW: Risk Analysis / Understanding of Stress Testing |

Ed,

See below. How in depth do you want to get with things (charts, optionvue, etc...) with NY, or just have us come up with adjustments for them to review?

Kimberly Rios, CFA, CMT
Portfolio Manager
Catalyst Hedged Futures Strategy Fund (HFXAX) Catalyst Hedged Commodity Strategy Fund (CFHAX)
608-235-7506

www.CatalystMF.com

---

From: Michael Schoonover
Sent: Friday, December 09, 2016 3:52 PM
To: Kimberly Rios
Cc: George Amrhein, Jr.; Jerry Szilagyi; David Miller
Subject: Risk Analysis / Understanding of Stress Testing

Hi Kimberly,

Thanks for the time on the call today. We spoke after the call about trying to propose something. Are you able to send us some screenshots/raw data/explanation of anything you use to stress test/measure the risk? I think the biggest thing we can do to make sure that the strategy risk and business risk are properly aligned is to make sure we understand how the fund measures risks and reacts to adverse events.

Regards,

Michael Schoonover

Office: 646-827-2757

Cell: 616-502-3132

1



DIVISION EXHIBIT
SEC 40
C-8900

Confidential Treatment Requested by Catalyst                                                                  Catalyst_005_0115909

E-mail: michaels@catalystmf.com <mailto:michaels@catalystmf.com>

2

Confidential Treatment Requested by Catalyst

Catalyst 005 0115910