To: JJ[jokeefe@ccmmarkets.com]
From: Kimberly Rios
Sent on behalf of: Jerry Szilagyi
Importance: Normal
Subject: Fwd: Call on Hedged Futures Strategy
MAIL_RECEIVED Sat 12/10/2016 11:22:23 AM

Kimberly Rios CFA, CMT

-------- Original message --------
From: Jerry Szilagyi <JerryS@catalystmutualfunds.com>
Date:12/10/2016 9:46 AM (GMT-06:00)
To: Ed Walczak <EdWalczak@catalystmutualfunds.com>, Kimberly Rios <Kimberly.Rios@catalystmf.com>, "George Amrhein, Jr." <GeorgeA@catalystmutualfunds.com>, David Miller <DavidM@catalystmutualfunds.com>, Paul Rieger <prieger@rcmam.com>
Cc:
Subject: Call on Hedged Futures Strategy

Dial-in Number:(641) 715-0700

Access Code:942285

Host PIN:9859



DIVISION EXHIBIT
SEC 47
C-8400

SEc_01_0016232

**To:** Jerry Szilagyi[JerryS@catalystmutualfunds.com]
**From:** Microsoft Outlook
**Sent on behalf of:** Kimberly Rios
**Sent:** Sat 12/10/2016 11:22:24 AM
**Importance:** Normal
**Subject:** Meeting Forward Notification: Call on Hedged Futures Strategy

**Your meeting was forwarded**

Kimberly Rios has forwarded your meeting request to additional recipients.

**Meeting**
Call on Hedged Futures Strategy

**Meeting Time**
Saturday, December 10, 2016 3:00 PM-3:30 PM.

**Recipients**
JJ

All times listed are in the following time zone: (UTC-05:00) Eastern Time (US & Canada)

Sent by Microsoft Exchange Server 2010