| | |
|---|---|
| **From:** | Daniel Saffrin |
| **Sent:** | Tuesday, August 13, 2019 4:16 PM |
| **To:** | Ed Walczak |
| **Cc:** | Lawrence Lai; Jerry Szilagyi; David Miller; Matt Racine; George Amrhein, Jr.; Michael Schoonover |
| **Subject:** | HFX PM's Daily Risk Email 8/13 |
| **Attachments:** | FundCorrelationVolatilityProfile.pdf |

Current Fund Exposure

S&P 500 - 2% implies a 0.22% advance in NAV

S&P 500 + 2% implies a 0.57% decline in NAV

Intraday risk adjustments for tomorrow at:

MIT 2870

MIT 2945

These levels and specific adjustment trade instructions have been sent to our executing brokers for tomorrow's trading session.

Current Market Volatility Profile

*   1 month historical volatility for the S&P 500 is 18.92%
*   Tomorrow's 2 sigma move is +- 2.39%
*   A 2% move tomorrow would be a 1.7 sigma event.
*   The probability of a 2% move tomorrow based on a normal (bell curve) distribution is 4.46%

The actual frequencies of 2% moves in the S&P 500 are:

2% Up Moves:

Occurrences

Days

% of Time

Trailing 1 month

0

21

0.00%

EXHIBIT RX-207

Trailing 3 months

1

63

1.59%

Trailing 12 months

6

252

2.38%

Trailing 24 months

7

504

1.39%

Trailing 5 years

17

1260

1.35%

2% Down Moves:

Occurrences

Days

% of Time

Trailing 1 month

1

21

4.76%

Trailing 3 months

1

63

1.59%

Trailing 12 months

9

252

3.57%

Trailing 24 months

16

504

3.17%

Trailing 5 years

28

1260

2.22%

Also attached is the current Fund correlation and volatility profile.

Daniel Saffrin

Portfolio Analyst

Catalyst Hedged Futures Strategy Fund (HFXAX)

Catalyst Hedged Commodity Fund (CFHAX)

847-571-1479

www.CatalystMF.com <http://www.catalystmf.com/>

IMPORTANT: Any information contained in this communication is solely intended for the use of the named individual or entity. Any comments or statements made herein do not necessarily reflect those of Catalyst Capital Advisors, LLC, its subsidiaries and affiliates. Information contained in this communication is not intended nor should be construed as an offer or solicitation to purchase any security.

If you are not an intended party to this communication, please notify the sender and delete/destroy any and all electronic or hard copies of this communication. Unintended recipients are strictly prohibited from reviewing, reproducing, disseminating or disclosing any information contained in this communication. If you have received this communication in error, please notify us immediately at (631) 629-4907. The firm and its affiliates reserve the right to monitor and retain all incoming and outgoing communications as permitted by applicable law.

Email communications may contain viruses or other defects. The sender does not accept liability nor does it warrant that e-mail communications are virus or defect free.

| S&P 500 | 1 Month | HFXIX |
|---|---|---|
| -1.00% | Max Drawdown | -1.13% |
| -1.00% | Max Daily Loss | -1.01% |
|  | Correlation | -0.65 |
| 0.66% | SD | 0.39% |
| 2 | .75% Moves | 2 |
| 1 | 1% Moves | 2 |

| S&P 500 | YTD | HFXIX |
|---|---|---|
| -6.75% | Max Drawdown | -3.55% |
| -2.77% | Max Daily Loss | -1.99% |
|  | Correlation | -0.43 |
| 4.49% | SD | 1.14% |
| 43 | .75% Moves | 14 |
| 23 | 1% Moves | 10 |

| S&P 500 | 3 Month | HFXIX |
|---|---|---|
| -6.75% | Max Drawdown | -3.55% |
| -2.77% | Max Daily Loss | -1.99% |
|  | Correlation | -0.40 |
| 2.55% | SD | 1.13% |
| 19 | .75% Moves | 8 |
| 10 | 1% Moves | 6 |

| S&P 500 | 1 Year | HFXIX |
|---|---|---|
| -20.12% | Max Drawdown | -5.68% |
| -3.71% | Max Daily Loss | -3.67% |
|  | Correlation | 0.11 |
| 4.68% | SD | 1.34% |
| 77 | .75% Moves | 30 |
| 48 | 1% Moves | 17 |

| S&P 500 | 6 Month | HFXIX |
|---|---|---|
| -6.75% | Max Drawdown | -3.55% |
| -2.77% | Max Daily Loss | -1.99% |
|  | Correlation | -0.50 |
| 3.02% | SD | 1.07% |
| 31 | .75% Moves | 14 |
| 17 | 1% Moves | 10 |

| S&P 500 | 2018-2019 | HFXIX |
|---|---|---|
| -20.12% | Max Drawdown | -5.68% |
| -4.95% | Max Daily Loss | -3.67% |
|  | Correlation | 0.00 |
| 4.24% | SD | 1.24% |
| 134 | .75% Moves | 38 |
| 84 | 1% Moves | 21 |