| | |
|---|---|
| **From:** | Zachary Ziliak |
| **To:** | Foster, Michael (CHRO) |
| **Cc:** | Schmidt, Jake |
| **Subject:** | RE: SEC v. Walczak - remaining expert schedule |
| **Date:** | Thursday, September 2, 2021 4:50:15 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes, we are in agreement. Thank you, Mike.

Best regards,
Zach

**From:** Foster, Michael (CHRO) <FosterMi@SEC.gov>
**Sent:** Thursday, September 2, 2021 2:29 PM
**To:** zachary@ziliak.com
**Cc:** Schmidt, Jake <SchmidtJ@SEC.GOV>
**Subject:** SEC v. Walczak - remaining expert schedule

Zach,

Per our phone conversation a few minutes ago, the parties have agreed to exchange rebuttal reports on 9/30/2021 and to complete expert depositions by 10/29/2021.

Please confirm by reply email.

Thanks,
**Michael D. Foster**
Senior Trial Counsel ||
U.S. Securities and Exchange Commission ||
175 West Jackson Blvd., Chicago, Illinois 60604 ||
tel: 312.203.8925 || email: fostermi@sec.gov ||