## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** )<br>)<br>)<br>) | |
| **Plaintiff** )<br>) | **No. 20 Civ. 76** |
| **,v.** )<br>) | **ECF Case** |
| **EDWARD S. WALCZAK,** )<br>) | |
| **Defendant.** )<br>)<br>)<br>) | |

## DEFENDANT, EDWARD S. WALCZAK'S RULE 26(a)(3) DISCLOSURES

Defendant, Edward S. Walczak, respectfully submits the following disclosures in accordance with this Court's order and Rule 26(a)(3):

### Rule 26(a)(3)(A)(i) – Witnesses

Defendant expects to call the following witnesses at trial:

Edward S. Walczak
c/of Zachary J. Ziliak
ZILIAK LAW LLC
141 W. Jackson Blvd., Suite 4048
Chicago, IL  60604

Kimberly Rios
c/of James C. Yong
Baugh, Dalton, Carlson & Ryan, LLC
135 S. LaSalle St., Ste 2100
Chicago, IL 60603-4223

Jerry Szilagyi
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017

Direct (212) 784-2407

Michael Schoonover
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

George Amrhein
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

Larry Milder
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

David Miller
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

Jeremy O'Keefe
c/o Richard Reibman
Thompson Coburn LLP
55 E. Monroe
Chicago, IL 60603
312-580-2205

SEC Rule 30(b)(6) Witness – Topic: Interrogatory Answers
c/o Michael Foster
Securities and Exchange Commission
175 W. Jackson, 14th Floor
Chicago, IL 60604
fosterm@sec.gov

Michael DeLaval
c/of Zachary J. Ziliak

ZILIAK LAW LLC
141 W. Jackson Blvd., Suite 4048
Chicago, IL  60604

Norman Harrison
c/of James L. Kopecky
KOPECKY SCHUMACHER ROSENBURG LLC
120 N. LaSalle Street, Ste. 2000
Chicago, IL 60602

Dan Jensen
Catalyst Mutual Funds
c/o Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

Daniel Saffrin
25 Ronan Road, Unit 205
Highwood, IL 60040

Defendant may call the following witnesses at trial:

Bart Evans
Evans Investment Advisors LLC
6713 Perkins Road
Baton Rouge, LA 70808
225-761-7870

Paul Rieger
RCM Alternatives
318 W. Adams Street
Chicago, IL 60606
312-870-1512

Joe Sullivan
c/o Richard Reibman
55 E. Monroe
Chicago, IL 60603
312-580-2205

Robert Glass
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017

Direct (212) 784-2407

Larry Lai
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

Nicholas Bibbo
Northern Lights Distributors
c/o James F. Moyle
Lazare Potter Giacovas & Moyle LLP
747 Third Avenue, 16th Floor
New York, New York  10017
Direct (212) 784-2407

Charles Jacobsen
Belvedere Trading
10 South Riverside Plz., Suite 2000
Chicago, IL 60606
312-893-3750

Jason Waxler
Katonah Capital Group, LLC
American Portfolio Financial Services
80 Business Park Drive, Suite 304
Armonk, NY 10504
(914) 219-5880

Brian Prichard
44 North Financial Partners
2 Cotton Street, Suite 200
Portland, ME 04101
207-319-7374

Jimmy Kuhn
Synergy Wealth Strategies
227 E. Main Street
Smithtown, NY 11787
631-961-8794

Chad Edwards
Prehmus Financial Partners
770-825-0248

Ralph H. Hendry
Potomac Wealth Management Inc.
218 N. Lee Street, Suite 300
Alexandria, VA 22314

Michael James Hankes
LPL Financial
3000 Woodcreek Drive, Ste 210
Downers Grove, IL 60515-5401

Ralph Allen
HawkPeak
7400 30th Street, SE
Ada, MI 49301

August Ewald
(need contact information)

Defendant may call any witness identified by Plaintiff on its Rule 26(a)(3)(ii) witness list.

**Rule 26(a)(3)(A)(ii)   - Deposition Designations**

Defendant does not expect to present any testimony by deposition.

**Rule 26(a)(3)(A)(iii) -  Exhibits**

Defendant's exhibit list is being exchanged with Plaintiff's counsel separately pursuant to

this Court's order.

Dated: January 28, 2022                         Respectfully submitted,

By: /s/ James L. Kopecky
James L. Kopecky (ILBar#6225359)
KOPECKY SCHUMACHER ROSENBURG LLC
120 N. LaSalle, Street, Suite 2000
Chicago, IL  60602
Tel. 312-380-6552
jkopecky@ksrlaw.com
*Counsel for Defendant*

By: /s/ Zachary J. Ziliak
Zachary J. Ziliak
ZILIAK LAW LLC
141 W. Jackson Blvd., Suite 4048
Chicago, IL  60604
Tel. 312-462-3350
zachary@ziliak.com
docket@ziliak.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused true and correct copies of the foregoing document to be served upon all counsel of record via email on January 28, 2022.

_____/s/ James L. Kopecky_____