IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COMMODITY FUTURES TRADING
COMMISSION and SECURITIES
EXCHANGE COMMISSION,

                Plaintiffs,

    v.

EDWARD S. WALCZAK.

                Defendant.

SPECIAL VERDICT

20-cv-075-wmc & 20-cv-076-wmc,
Consolidated

We, the jury, for our special verdict, do find as follows:

**QUESTION 1:**  Did Defendant Edward S. Walczak violate:

    (a)  Section 17(a)(1) of the Securities Act?

                ANSWER:   Yes _____      No __✗____

    (b)  Section 17(a)(2) of the Securities Act?

                ANSWER:   Yes __✗____      No _____

    (c)  Section 17(a)(3) of the Securities Act?

                ANSWER:   Yes __✗____      No _____

1

**QUESTION 2**:  Did Defendant Edward S. Walczak violate Section 6(c)(1) of the Commodity Exchange Act and CFTC Regulation 180.1?

ANSWER:   Yes _____          No __☓___

**QUESTION 3**:  Did Defendant Edward S. Walczak violate Section 4o(1)(A) of the Commodity Exchange Act?

ANSWER:   Yes _____          No __☓___

**QUESTION 4**:  Did Defendant Edward S. Walczak violate Section 4o(1)(B) of the Commodity Exchange Act?

ANSWER:   Yes __☓___          No _____

**QUESTION 5**:  Did Defendant Edward S. Walczak violate:

(a)  Section 206(1) of the Investment Advisors Act?

ANSWER:   Yes _____          No __☓___

(b)  Section 206(2) of the Investment Advisors Act?

ANSWER:   Yes __☓___          No _____

2

**QUESTION 6**:  Did Defendant Edward S. Walczak violate Section 206(4) of the Investment Advisors Act and Rule 206(4)-8 thereunder?

ANSWER:   Yes __X__        No _____

_Susan Ellis Weiss_

Presiding Juror

Madison, Wisconsin

Dated this __15th__ day of April, 2022.

3